Kristina N. Holmstrom, SBN 10086
kristina.holmstrom@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Plaintiff Talcott Resolution Life and Annuity Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TALCOTT RESOLUTION LIFE AND ANNUITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE OF JILL COTE, JESSICA SHEARER, JOIANNE MADRID AND DAVID COTE,<br><br>Defendants. | Case No. 2:18-CV-01688<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE ITS RESPONSE TO DEFENDANT DAVID COTE'S MOTION TO DISMISS** |

Plaintiff Talcott Resolution Life and Annuity Company and Defendant Estate of Jill Cote, David Cote, by and through their counsel undersigned, hereby stipulate and agree that Plaintiff Talcott Resolution Life and Annuity Company shall have through and including December 5, 2018 to file its response to Defendant David Cote's Motion to Dismiss. Plaintiff's counsel requested this extension and Cote's counsel agreed in order to allow Plaintiff sufficient time to consider and respond to Plaintiff's motion in light of recent developments in the probate court case.

RESPECTFULLY SUBMITTED this 21st day of December 2018.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: *s/Kristina N. Holmstrom*
    Kristina N. Holmstrom
    3800 Howard Hughes Parkway, Suite 1500
    Las Vegas, NV 89169
    *Attorneys for Plaintiff Talcott Resolution Life and Annuity Company*

ANTHONY L. BARNEY, LTD.

By: *s/Zachary D. Holyoak*
    Anthony L. Barney
    Tiffany S. Barney
    Zachary D. Holyoak
    3317 West Charleston Boulevard, Suite B
    Las Vegas, NV 89102
    *Attorneys for Defendant David Cote*

**IT IS SO ORDERED.**

**DATED** this 26 day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of December 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrant:

Anthony L. Barney, Esq.
Tiffany S. Barney, Esq.
Zachary D. Holyoak, Esq.
Anthony L. Barney, Ltd.
3317 West Charleston Boulevard, Suite B
Las Vegas, NV 89102
*Attorneys for Defendant David Cote*

s/ _____

36443754.1