ANTHONY L. BARNEY, ESQ.
Nevada Bar No. 8366
TIFFANY S. BARNEY, ESQ.
Nevada Bar No. 9754
ZACHARY D. HOLYOAK, ESQ.
Nevada Bar No. 14217
**ANTHONY L. BARNEY, LTD.**
3317 W. Charleston Blvd., Suite B
Las Vegas, NV 89102
Telephone: (702) 438-7878
Facsimile: (702) 259-1116
office@anthonybarney.com
*Attorneys for David Cote*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TALCOTT RESOLUTION LIFE AND ANNUITY COMPANY<br><br>Plaintiff<br><br>v.<br><br>ESTATE OF JILL COTE, JESSICA SHEARER, JOIANNE MADRID AND DAVID COTE<br><br>Defendants. | Case No.: 2:18-cv-01688<br><br>**STIPULATION TO WITHDRAW DAVID COTE'S MOTION TO DISMISS FILED NOVEMBER 7, 2018** |

Defendant David Cote, Defendant Jessica Shearer, and Plaintiff Talcott Resolution Life and Annuity Company (collectively the "Parties"), by and through their counsel undersigned, hereby stipulate and agree that:

1. Based on the entry of a Stipulation and Order in the Nevada State Court Case No. P-17-092970-E between David Cote, Jessica Shearer, and the Estate of Jill Cote, David Cote hereby withdraws his Motion to Dismiss Talcott Resolution's Complaint in Interpleader ("Motion to Dismiss") as moot, which Motion to Dismiss was filed November 7, 2018.

2. The Parties agree that the parties shall bear their own attorney's fees related to any briefing specific to the Motion to Dismiss; Nothing in this paragraph is intended to limit Talcott's ability to seek its fees relating to the interpleader.

1

3. The Parties agree that David Cote shall file an answer and any cross claims or counterclaims to Talcott Resolution's Complaint in Interpleader on or before January 10, 2019.

RESPECTFULLY SUBMITTED this 9th day of January 2019.

ANTHONY L. BARNEY, LTD.

By: /s/*Zachary D. Holyoak*
Anthony L. Barney
Tiffany S. Barney
Zachary D. Holyoak
3317 West Charleston Boulevard, Suite B
Las Vegas, NV 89102
*Attorneys for Defendant David Cote*

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: /s/Kristina N. Holmstrom
Kristina N. Holmstrom
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
*Attorneys for Plaintiff Talcott Resolution Life and Annuity Company*

JOHNSON & GUBLER, P.C.

By: /s/Russell G. Gubler
Russell G. Gubler
Lakes Business Park
8831 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorney for Jessica Shearer*

**IT IS SO ORDERED:**

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**DATED** this __10__ day of January, 2019.

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of Anthony L. Barney, Ltd., and that on the 9th day of January 2019, I caused the foregoing document entitled STIPULATION TO WITHDRAW DAVID COTE'S MOTION TO DISMISS FILED NOVEMBER 7, 2018to be served by electronic transmission through the CM/ECF system of the United States District Court in the District of Nevada to the following parties:

>Kristina N. Holmstrom Esq., Ogletree Deakins Nash Smoak & Stewart, P.C.,
>kristina.holmstrom@ogletree.com
>*Attorney for Talcott Resolutions Life and Annuity Company*
>
>Russell Gubler, Esq., Johnson & Gubler, PC
>rgubler@mjohnsonlaw.com
>*Attorney for Jessica Shearer, individually*

                                             /s/Zachary D. Holyoak, Esq.
                                             Employee of Anthony L. Barney, Ltd.