MATTHEW L. JOHNSON, ESQUIRE
Nevada Bar No. 6004
RUSSELL G. GUBLER, ESQUIRE
Nevada Bar No. 10889
ASHVEEN S. DHILLON, ESQUIRE
Nevada Bar No. 14189
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 471-0065
Facsimile: (702) 471-0075
rgubler@mjohnsonlaw.com
*Attorneys for JESSICA SHEARER, individually,
and as co-administrator of the Estate of Jill Cote;
JOIANNE MADRID, individually, and as
co-administrator of the Estate of Jill Cote*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| TALCOTT RESOLUTION LIFE AND ANNUITY COMPANY | Case No. 2:18-cv-01688 |
| Plaintiff | **STIPULATION TO STAY LITIGATION PENDING SETTLEMENT CONFERENCE /ARBITRATION** |
| v. | |
| ESTATE OF JILL COTE, JESSICA SHEARER JOIANNE MADRID AND DAVID COTE | |
| Defendants. | |
| JESSICA SHEARER | |
| Cross-Claimant | |
| v. | |
| DAVID COTE | |
| Cross-Defendant. | |

Page 1

| | |
|---|---|
| DAVID COTE | |
| Cross-Claimant | |
| v. | |
| JESSICA SHEARER, individually, and as co-administrator of the Estate of Jill Cote; JOIANNE MADRID, individually, and as co-administrator of the Estate of Jill Cote; DAVID BINDRUP LAW FIRM, PLLC; MATTHEW L. JOHNSON & ASSOCIATES, P.C.; DOES I through X, inclusive; and ROES I through X, inclusive. | |
| Cross-Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between JESSICA SHEARER, JOIANNE MADRID, DAVID COTE, MATTHEW L. JOHNSON & ASSOCIATES, P.C., and DAVID BINDRUP LAW FIRM, PLLC (collectively, the "Parties"), by and through their respective counsel, and the Parties hereby jointly move this Court, to stay all proceedings, both P-17-092970-E in the Eighth Judicial District Court of Nevada and Case No. 2:18-cv-01688 in the United States District Court of Nevada, in order to mediate with an available magistrate judge or private mediator. More specifically, the Parties stipulate as follows:

All pending pleading deadlines and any and all other deadlines are hereby stayed in both P-17-092970-E in the Eighth Judicial District Court of Nevada and Case No. 2:18-cv-01688 in the United State District Court of Nevada, effective immediately. Such stay shall remain in place pending the outcome of the settlement conference/mediation. Such stay shall be lifted upon the determination of the available mediator/arbitrator/magistrate judge that all legal matters were not resolved by the parties.

    A.    The Parties shall engage in mediation with either an available magistrate judge, a mutually agreed private mediator/arbitrator, or through any other program which may be agreed to by the parties as soon as reasonably possible. Jessica Cote, et al. shall pay

eighty percent (80%) of any and all fees and costs associated with the mediation and David Cote shall pay twenty percent (20%) of any and all fees and costs associated with the mediation.

B. All Parties shall act in good faith with respect to the agreement as to who shall serve as the mediator/arbitrator and scheduling a time to conduct the mediation/arbitration as soon as reasonably possible.

C. No discovery, pleadings, rulings of the Court, or any other filings shall occur during this time period, not limited to but including pleadings which would require any responsive pleadings from any other party herein.

D. The David Bindrup Law Firm hereby certifies, through its authorized representative, Katie Bindrup, Esq., that it currently holds $49,649.56 of funds belonging to the Estate of Jill Cote in its Attorney-Client Trust Account. The David Bindrup Law Firm further certifies through Katie Bindrup, Esq., that it expects to receive $29,274.55 of funds belonging to the Estate of Jill Cote from the Bank of the West, and will make proof of the receipt of such funds available to David Cote immediately upon receipt. Upon receipt of the expected $29,274.55 the David Bindrup Law Firm will hold a total of $78,924.11 of funds belonging to the Estate of Jill Cote.

E. No distributions or payments shall be made from the Estate of Jill Cote during this time without a Court order or a stipulation and order agreed to by the Parties.

///

///

Page 3

F. If the Parties are unable to resolve this matter, any outstanding discovery, responses, or pleadings will be due within the longer of 10 days after the parties met for mediation/arbitration or the date that the discovery, response, or pleading was originally due.

IT IS SO STIPULATED.

DATED: May 3, 2019.

| DAVID BINDRUP LAW FIRM, PLLC | ANTHONY L. BARNEY LTD. |
|---|---|
| */s/ Katie Bindrup* | */s/ Zachary D. Holyoak* |
| KATIE BINDRUP (12181)<br>10424 S. Eastern Avenue, Suite 101<br>Henderson, Nevada 89052<br>Attorneys for JESSICA SHEARER,<br>JOIANNE MADRID and DAVID<br>BINDRUP LAW FIRM, PLLC | ANTHONY L. BARNEY (8366)<br>ZACHARY D. HOLYOAK (14217)<br>3317 W. Charleston Blvd, Suite B<br>Las Vegas, NV 89102-1835<br>Attorneys for DAVID COTE |

JOHNSON & GUBLER, P.C.

*/s/ Russell G. Gubler*

RUSSELL G. GUBLER (10889)
8831 W. Sahara Avenue
Attorneys for JESSICA SHEARER,
JOIANNE MADRID and
MATTHEW L. JOHNSON & ASSOCIATES, P.C.

## **ORDER**

IT IS HEREBY ORDERED the Stipulation by the Parties is affirmed and adopted.

IT IS FURTHER ORDERED that this matter is stayed as agreed by the Parties.

///

///

IT IS FURTHER ORDERED that the deadlines will be continued as agreed to by the Parties herein, and that the Parties will act with respect to the settlement conference as agreed to by the Parties herein.

IT IS SO ORDERED.

Dated this 7th day of May, 2019

_____
Cam Ferenbach
United States Magistrate Judge

_____
IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, September 4, 2019, in Courtroom 3D.

Submitted By:
JOHNSON & GUBLER, P.C.

/s/ Russell G. Gubler
_____
RUSSELL G. GUBLER (10889)
8831 W. Sahara Avenue
Attorneys for JESSICA SHEARER,
JOIANNE MADRID and
MATTHEW L. JOHNSON & ASSOCIATES, P.C.