# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| TALCOTT RESOLUTION LIFE AND ANNUITY COMPANY,<br><br>                Plaintiff,<br><br>vs.<br><br>ESTATE OF JILL COTE, JESSICA SHEARER JOIANNE MADRID AND DAVID COTE,<br><br>                Defendants. | 2:18-cv-01688-GMN-VCF<br>**<u>ORDER</u>** |

     Before the court is *Talcott Resolution Life and Annuity Company v. Estate of Jill Cote, Jessica Shearer Joianne Madrid and David Cote*, case no. 2:18-cv-01688-GMN-VCF.

     Due to a conflict on the court's calendar,

     IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 AM, September 4, 2019, is VACATED and RESCHEDULED to 1:00 PM, September 4, 2019, in Courtroom 3D.

     DATED this 15th day of August, 2019.

                                                     CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE